### Willie WILLIAMS, III, Plaintiff–Appellant,

v.

### HERTZ CORP., Defendant–Appellee.

#### No. 04–20704.

United States Court of Appeals, Fifth Circuit.

Decided May 24, 2005.

Eric Joseph Davis, Houston, TX, for Willie Williams, III.

Frank B. Shuster, Glen R. Fagan, Constangy, Brooks & Smith, Atlanta, GA, for Hertz Corp.

---

Before HIGGINBOTHAM, BARKSDALE, and CLEMENT, Circuit Judges.

PER CURIAM: *

We affirm for essentially the reasons stated by the district court.

AFFIRMED.

---

* Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.